JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. FRAZIER,<br>Plaintiff,<br>v.<br>UNITED STATES MARINE CORPS,<br>Defendant. | Case No. 2:26-cv-07876-SB-DMK<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Patrick M. Frazier's claims are dismissed.

This is a final judgment.

Date: September 10, 2026

Stanley Blumenfeld, Jr.
United States District Judge